UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FIFTH DIVISION

* * * * * * * * * * * * * * * * * * *

William Clement Beals,

Plaintiff,

vs.

Rick Harry, Chief Operating Officer, Minnesota Sex Offender Program; Anita Schlank, Clinical Director, Minnesota Sex Offender Program; Jim Lind, Living Unit Director, Minnesota Sex Offender Program; Lori Parkos, Security Guard, Minnesota Sex Offender Program; Sue Eceles, Security Guard, Minnesota Sex Offender Program; Arlene Gresczyk, Minnesota Sex Offender Program; Kathy Jokimaki, Security Guard, Minnesota Sex Offender Program; and Kathy Ford, Security Guard, Minnesota Sex Offender Program,

Defendants.

ORDER

Civ. No. 01-1664 (PAM/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 3rd day of December, 2001.

* * *

This matter came before the undersigned United States Magistrate Judge pursuant to a routine review, in accordance with

FILED DEC 03 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

the provisions of Title 28 U.S.C. §636(b)(1)(A), upon the Plaintiff's application to proceed in forma pauperis.

The Plaintiff is currently residing at the Saint Peter Regional Treatment Center in St. Peter, Minnesota. As a part of his application to proceed in forma pauperis, the Plaintiff has averred that he is employed, and that he earns $72.00 every two weeks. He does not own any real estate, stocks, bonds, securities, or other valuable possessions. He further attests that, during the past twelve months, he has not received any money from businesses, rent payments, pensions, annuities, or disability payments. He does, however, receive $274.00. per month in other governmental payments.

Given these showings, we conclude that the Plaintiff is entitled to proceed in forma pauperis. Therefore, the Plaintiff's application to proceed in forma pauperis is granted. See, Title 28 U.S.C. §1915(a)(1).

NOW, THEREFORE, It is --

ORDERED:

1. That the Plaintiff's application for in forma pauperis status [Docket Nos. 4 and 9] is granted.

2. That the Plaintiff's Motion for Reconsideration [Docket No. 6] is GRANTED.

3. That the Clerk of Court shall issue a Summons and the United States Marshal shall serve a copy of the Complaint and Summons upon the Defendants as directed by the Plaintiff, and that all costs of service shall be advanced by the United States.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE