UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FIFTH DIVISION

* * * * * * * * * * * * * * * * * * * *

William Clement Beals,

Plaintiff,

vs.

ORDER

Rick Harry, Chief Operating Officer, Minnesota Sex Offender Program; Anita Schlank, Clinical Director, Minnesota Sex Offender Program; Jim Lind,Living Unit Director, Minnesota Sex Offender Program; Lori Parkos, Security Guard, Minnesota Sex Offender Program; Sue Eceles, Security Guard, Minnesota Sex Offender Program; Arlene Gresczyk, Minnesota Sex Offender Program; Kathy Jokimaki, Security Guard, Minnesota Sex Offender Program; and Kathy Ford, Security Guard, Minnesota Sex Offender Program,

Defendants. Civ. No. 01-1664 (PAM/RLE)

* * * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 26th day of October, 2001.

* * *

This matter came before the undersigned United States Magistrate Judge pursuant to a routine review, in accordance with

OCT 26 2001

the provisions of Title 28 U.S.C. §636(b)(1)(A), upon the Plaintiff's application to proceed in forma pauperis.[1]

As a part of that application, the Plaintiff submitted an incomplete "Application to Proceed Without Prepayment of Fees and Affidavit" form. In this form, the Plaintiff averred that, during the past twelve months, he has received money from "disability or workers compensation payments." However, the Plaintiff failed to describe the source of money, and also failed to specify the amount received, and the amount that is expected to be received in the future, from this source of income. As such, because the Plaintiff has failed to fully complete this Application to Proceed Without Prepayment of Fees form, we are unable to determine whether he is entitled to proceed in forma pauperis.

NOW, THEREFORE, It is --

ORDERED:

---

[1]We had previously advised the Plaintiff that he was not entitled to avoid full payment of the filing fee, in accordance with Title 28 U.S.C. 1915(b)(2), as he told the Court that he was a prisoner. Since that time, he has advised the Court that he is not a prisoner, but rather has been civilly committed to the Minnesota Psychopathic Personality Treatment Center in Moose Lake, Minnesota. He further advised that his commitment is not the result of being accused, or convicted, of a crime. Therefore, with this new information, we no longer believe that he fits within the parameters of Section 1915.

1. That the Clerk of Court shall return to the Plaintiff a blank copy of the Clerk's "Application to Proceed Without Prepayment of Fees and Affidavit" form.

2. That should the Plaintiff wish to pursue this action, then, **by no later than twenty days from the date of this Order**, he is to submit a completed copy of the "Application to Proceed Without Prepayment of Fees and Affidavit" form.

3. That, should the Plaintiff fail to comply with any of these directives, including the time limitation noted, the Court shall issue a Recommendation that his application for in forma pauperis status [Docket No. 2] be denied, without prejudice.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE