UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

William Clement Beals,

Plaintiff,

vs. ORDER

Rick Harry, Chief Operating Officer, Minnesota Sex Offender Program; Anita Schlank, Clinical Director, Minnesota Sex Offender Program; Jim Lind,Living Unit Director, Minnesota Sex Offender Program; Lori Parkos, Security Guard, Minnesota Sex Offender Program; Sue Eceles, Security Guard, Minnesota Sex Offender Program; Arlene Gresczyk, Minnesota Sex Offender Program; Kathy Jokimaki, Security Guard, Minnesota Sex Offender Program; and Kathy Ford, Security Guard, Minnesota Sex Offender Program,

Defendants. Civ. No. 01-1664 (PAM/RLE)

* * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 4th day of March, 2002.

* * *

The above-entitled matter is before the undersigned United States Magistrate Judge, pursuant to a general assignment made in accordance with the provisions of Title 28 U.S.C. §636(b)(1)(A), upon the Defendants' Motion for an Extension of Time in Which to Answer the Complaint. Good cause has been shown.

FILED MAR 04 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.______
DEPUTY CLERK______

WHEREFORE, it is --

ORDERED:

1. That the Defendants' Motion for an Extension of Time in Which to Answer the Complaint [Docket No. 13] is GRANTED.

2. That the Defendants shall be, and hereby are, granted an extension of time until **March 14, 2002**, in which to file their Answer or to otherwise respond in this matter.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE