UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

William Clement Beals, Civ. File No. 01-1664 (PAM/JGL)

Plaintiff,

v. **ORDER**

Rick Harry, et al.,

Defendants.

---

This matter is before the Court on Plaintiff's Motion to Appeal this Court's Order dismissing Plaintiff's claims for lack of subject matter jurisdiction and failure to state a claim. Plaintiff wishes to proceed in forma pauperis with this appeal. Rule 24(a) of the Rules of Appellate Procedure provides that a District Court may refuse to permit persons to proceed in forma pauperis on appeals that are not made in good faith. Furthermore, provisions of the Prison Litigation Reform Act of 1995 unequivocally state that a court may decide not to take a bad faith in forma pauperis appeal. 28 U.S.C. §1915(a)(3).

Good faith in forma pauperis appeals do not present frivolous claims, see Henderson v. Norris, 129 F.3d 481, 485 (8th Cir. 1997); Green v. White, 616 F.2d 1054, 1055 (8th Cir. 1980). Instead to satisfy the goof faith requirement, the appeal must raise arguable legal points. See Newlin v. Helman, 123 F.3d 429, 433 (7th Cir. 1997) ("A plaintiff who has been told that the claim is foreclosed and then files a notice of appeal without offering any

FILED NOV 1 8 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

argument to undermine the district court's conclusion is acting in bad faith."); Rhodes v. Corps of Eng'rs of U.S. Army, 589 F.2d 358, 360 (8th Cir. 1978) (appeal did not present a substantial legal question).

In this case, in response to Defendants' motion to dismiss, Plaintiff filed a motion to voluntarily dismiss his complaint. The only distinction between the two motions is that Plaintiff's motion would dismiss the case without prejudice and Defendants' motion would dismiss the Complaint with prejudice. This Court accepted the recommendations of the Magistrate Judge and granted Defendants' motion to dismiss. While Plaintiff appeals that decision, he does not state any reasons or arguable points of law in his appeal. Therefore, the Court finds that Plaintiff has not satisfied the good faith requirements of § 1915(a)(3) and Rule 24(a).

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's Motion is **DENIED**.

Dated: November 15, 2002

Paul A. Magnuson
United States District Court Judge